UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IBEW LOCAL 98 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BEST BUY CO., INC., BRIAN J. DUNN, JIM MUEHLBAUER and MIKE VITELLI,<br><br>　　　　　　　Defendants. | No. 0:11-cv-00429-DWF-FLN<br><br><u>CLASS ACTION</u> |
| RENE LEBLANC, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BEST BUY CO., INC., BRIAN J. DUNN, JAMES L. MUEHLBAUER and MICHAEL A. VITELLI,<br><br>　　　　　　　Defendants. | No. 0:11-cv-00668-DWF-FLN<br><br><u>CLASS ACTION</u> |

**MOTION OF MARION HAYNES FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>SELECTION OF LEAD AND LIAISON COUNSEL</u>**

Proposed lead plaintiff Marion Haynes hereby moves this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") for an Order:

1.   consolidating the related actions pursuant to Federal Rule of Civil Procedure 42(a);

2.   appointing Mr. Haynes as lead plaintiff pursuant to the PSLRA, 15 U.S.C. §78u-4(a)(3)(B); and

3.   approving his selection of Robbins Geller Rudman & Dowd LLP as lead counsel and Head, Seifert & Vander Weide, P.A. as liaison counsel for the class.

This motion is made on the grounds that the Actions pending before this Court involve common questions of law and fact, rendering consolidation appropriate.  Further, Mr. Haynes is the most adequate plaintiff as defined by the PSLRA because he possesses a significant financial interest in this Action, and he otherwise satisfies the requirements of Federal Rule of Civil Procedure 23 in that his claims are typical of the claims of the putative class and that he will fairly and adequately represent the interests of the class.

This motion is based upon the accompanying Memorandum of Law, the Declaration of Vernon J. Vander Weide and exhibits thereto, the pleadings and files herein and such other written or oral argument as may be presented to the Court.

DATED:  April 19, 2011                           HEAD, SEIFERT & VANDER WEIDE, P.A.

*s/ Vernon J. Vander Weide*
VERNON J. VANDER WEIDE (No. 112173)

333 South Seventh Street, Suite 1140
Minneapolis, MN  55402
Telephone:  612/326-6134
612/339-3372 (fax)
vvanderweide@hsvwlaw.com

[Proposed] Liaison Counsel

2

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
DOUGLAS WILENS
SABRINA E. TIRABASSI
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

[Proposed] Lead Counsel for Plaintiffs