✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

IBEW Local 98 Pension Fund, Marian Haynes, and Rene LeBlanc, individually and on behalf of all others similarly situated

V.

Best Buy Co., Inc.; Brian J. Dunn; Jim Muehlbauer; and Mike Vitelli

## JUDGMENT IN A CIVIL CASE

Case Number: 11-cv-429 (DWF/FLN)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Doc. No. [27]) is GRANTED.
2. Plaintiffs' Amended Complaint (Doc. No. [25]) is DISMISSED WITH PREJUDICE.

March 21, 2012
Date

RICHARD D. SLETTEN, CLERK

s/L. Brennan
(By) L. Brennan, Deputy Clerk