# Exhibit E

# **Materials Relied Upon**

Court Documents

1. First Amended Class Action Complaint for Violation of the Federal Securities Laws
2. Lead Plaintiff Marion Haynes' Memorandum of Law in Support of Motion to Certify Class, Appoint Class Representative and Appoint Class Counsel
3. Declaration of Bjorn I. Steinholt, CFA dated January 31, 2014

Data Sources

1. Factiva
2. Bloomberg
3. NYSE trade and quote (TAQ) data
4. CRSP; ©201312CRSP®, Center for Research in Security Prices. Booth School of Business, The University of Chicago. Used with permission. All rights reserved. www.crsp.chicagobooth.edu.

Academic Literature

1. Michael J. Barclay and Robert H. Litzenberger, "Announcement Effects of New Equity Issues and the Use of Intraday Price Data," 21 *Journal of Financial Economics* (1988)
2. John Y. Campbell, Andrew W. Lo, & A. Craig MacKinlay, *The Econometrics of Financial Markets*, (Princeton University Press, 1997)
3. Daniel R. Fischel, "Use of Modern Finance Theory in Securities Fraud Cases Involving Actively Traded Securities," 38 *The Business Lawyer* (1982)
4. Jennifer Francis, Donald Pagach, and Jens Stephan, "The Stock Market Response to Earnings Announcements Released during Trading versus Nontrading Periods," 30 Journal of Accounting Research (Autumn 1992)
5. A. Craig MacKinlay, "Event Studies in Economics and Finance," 35 *Journal of Economic Literature* (March 1997)
6. W. Mendenhall, J.E. Reinmuth & R.J. Beaver, *Statistics for Management and Economics* (Duxbury Press, 1993)
7. G. William Schwert, "Using Financial Data to Measure Effects of Regulation," 24 *Journal of Law and Economics* (1981)
8. Brett Trueman, M.H. Franco Wong, and Xiao-Jun Zhang, "Anomalous Stock Returns around Internet Firms' Earnings Announcements," 34 *Journal of Accounting* (2003)

Publications

1. Best Buy Co., Inc. Form 10-K for the fiscal year ended February 27, 2010
2. "Best Buy's Second Quarter Diluted EPS Grows 62% Year-Over-Year," *Business Wire*, September 14, 2010 (08:00:01 AM)
3. "Q2 2011 Best Buy Co., Inc. Earnings Conference Call – Final," *FD Disclosure*, September 14, 2010
4. "Best Buy Reports Fiscal Third Quarter Diluted EPS of $0.54," *Business Wire*, December 14, 2010 (08:00:01 AM)
5. Various analyst reports