# Exhibit F

# Best Buy Co., Inc. Stock Price
## September 14, 2010



Notes:
1. The horizontal line is at $36.73, the closing price for the day.
2. The blue line shows Best Buy's price at 1-minute intervals through 16:30. The black bars show Best Buy's total volume over each 1-minute period through 16:30.
3. The shaded area indicates the time period between 10:00 and 11:00.
4. Best Buy's price fluctuated between $36.50 and $36.94 during 10:00 - 11:00, and between $36.50 and $37.25 during 10:00 - 16:00. Both ranges exclude one outlier.

Sources: Intraday prices from NYSE TAQ. Opening and closing prices from CRSP. Earnings press release from Bloomberg.