# Exhibit G

# Best Buy Co., Inc. Residual Returns
# From Close on September 13, 2010 to Open on September 14, 2010 and
# From Open on September 14, 2010 to Close on September 14, 2010

|  | Close-to-Open | Open-to-Close |
|---|---|---|
| Intercept | 0.00 | 0.00 |
| Market Index | 1.26 | 0.14 |
| Industry Index | 0.63 | 0.75 |
| Adjusted $R^2$ | 0.44 | 0.56 |
| Residual Return | 7.36% | -1.90% |
|  | (8.77) | (-1.72) |

Notes:

t-statistics in parentheses. t-statistics with an absolute value greater than 1.96 denote statistical significance at the 5 percent level in a two-tailed test.

The regression model is estimated from September 14, 2009 to September 13, 2010.

The market index is the S&P 500 Index. The industry index is an equal-weighted index consisting of retail firms compared to Best Buy by at least six analysts. The components of the industry index are AutoZone, Bed Bath & Beyond, Dick's Sporting Goods, The Home Depot, Lowe's Companies, hhgregg, Office Depot, OfficeMax, O'Reilly Automotive, PetSmart, Radio Shack, Staples and Williams-Sonoma.

Sources:  CRSP; ©201312CRSP®, Center for Research in Security Prices. Booth School of Business, The University of Chicago. Used with permission. All rights reserved. www.crsp.chicagobooth.edu.; Bloomberg.