UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IBEW LOCAL 98 PENSION FUND, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>BEST BUY CO., INC., et al.,<br><br>      Defendants. | Civ. No. 0:11-cv-00429-DWF-FLN (**Consolidated**)<br><br>CLASS ACTION<br><br>NOTICE OF RECENT AUTHORITY IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO CERTIFY CLASS |

937004_1

Lead Plaintiff Marion Haynes hereby submits the March 31, 2014 Opinion in *Khoday v. Symantec Corp.*, No. 11-180 (JRT/TNL), 2014 U.S. Dist. LEXIS 43315, at *102-*108 (D. Minn. Mar. 31, 2014) (attached hereto as Exhibit A), and the April 25, 2014 Opinion in *Carpenters Pension Trust Fund of St. Louis v. Barclays PCL*, No. 13-2678-cv, 2014 U.S. App. LEXIS 7846 (2d Cir. Apr. 25, 2013) (attached hereto as Exhibit B), as additional authority in support of Lead Plaintiff's Motion to Certify Class, Appoint Class Representative and Appoint Class Counsel (Dkt. No. 126). Both opinions were issued after the March 27, 2014 oral argument on Lead Plaintiff's Motion to Certify Class, Appoint Class Representative and Appoint Class Counsel.

Consistent with L.R. 7.1(i), Lead Plaintiff submits this opinion to the Court without argument.

| | |
|---|---|
| DATED: April 28, 2014 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SHAWN A. WILLIAMS<br>AELISH M. BAIG<br>DANIEL J. PFEFFERBAUM<br>KENNETH J. BLACK |
| | <u>    s/ Shawn A. Williams    </u><br>SHAWN A. WILLIAMS |
| | Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA  94104<br>Telephone:  415/288-4545<br>415/288-4534 (fax)<br>shawnw@rgrdlaw.com<br>aelishb@rgrdlaw.com<br>dpfefferbaum@rgrdlaw.com<br>kennyb@rgrdlaw.com |

- 1 -

937004_1

- 2 -

Lead Counsel for Plaintiffs

HALUNEN & ASSOCIATES
CLAYTON D. HALUNEN, No. 0219721
MELISSA W. WOLCHANSKY, No. 387900
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612/605-4098
612/605-4099 (fax)
halunen@halunenlaw.com
wolchansky@halunenlaw.com

Liaison Counsel