# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 14-8020

_____

IBEW Local 98 Pension Fund; Marion Haynes; Rene LeBlanc, Individually and on Behalf of All Others Similarly Situated

Plaintiffs - Respondents

v.

Best Buy Co., Inc.; Brian J. Dunn; Jim Muehlbauer; Mike Vitelli

Defendants - Petitioners

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:11-cv-00429-DWF)
_____

## JUDGMENT

The petition for permission to appeal is granted. The case is transferred to the general docket as Case No. 14-3178.

The Court's mandate shall issue forthwith in this interlocutory appeal.

September 25, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans