# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-3178

IBEW Local 98 Pension Fund, et al.

Appellees

v.

Best Buy Co., Inc., et al.

Appellants

------------------------------

Securities Industry and Financial Markets Association and Chamber of Commerce of the United States

Amici on Behalf of Appellant(s)

------------------------------

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:11-cv-00429-DWF)

------------------------------

## MANDATE

In accordance with the opinion and judgment of 04/12/2016, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 08, 2016

Clerk, U.S. Court of Appeals, Eighth Circuit