UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| IBEW LOCAL 98 PENSION FUND, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>BEST BUY CO., INC., et al.,<br>　　　　　　　　　　Defendants. | Civ. No. 0:11-cv-00429-DWF-HB<br>(**Consolidated**)<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

---

Defendants Best Buy Co., Inc., Brian J. Dunn, Jim Muehlbauer, and Mike Vitelli ("Defendants"), respectfully request entry of summary judgment against Lead Plaintiff Marion Haynes ("Lead Plaintiff), and other plaintiffs IBEW Local 98 Pension Fund, and Rene LeBlanc (collectively, "Plaintiffs") in this civil action pursuant to Rule 56(a) of the Federal Rules of Civil Procedure.

The grounds for this motion are set forth in the accompanying Memorandum of Law and the Declaration of Daniel J. Stujenske and exhibits thereto.

Date: October 10, 2018

                                              SIMPSON THACHER & BARTLETT LLP
                                              By: */s/ Joseph M. McLaughlin*
                                                       Joseph M. McLaughlin
                                                       George S. Wang
                                                       Daniel J. Stujenske
                                                       425 Lexington Avenue
                                                       New York, NY 10017-3954
                                                       Telephone:  (212) 455-2000
                                                       Facsimile:  (212) 455-2502

                                            ROBINS KAPLAN LLP
                                                       Eric J. Magnuson
                                                       2800 LaSalle Plaza
                                                       800 LaSalle Avenue
                                                        Minneapolis, MN 55402-2015
                                                        Telephone:  (612) 349-8500
                                                        Facsimile:  (612) 339-4181