UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

IBEW LOCAL 98 PENSION FUND, et al., Individually and on Behalf of All Others Similarly Situated,

        Plaintiffs,

-against-

BEST BUY CO., INC., et al.,

        Defendants.

Civ. No. 0:11-cv-00429-DWF-HB
(**Consolidated**)

---

## STIPULATION

WHEREAS, on October 10, 2018, Defendants filed their motion for summary judgment (ECF No. 329) limited to the issue of reliance;

WHEREAS, on December 7, 2018, Lead Plaintiff responded to Defendants' motion (ECF No. 335) stating that he could not demonstrate actual reliance (*i.e.* hearing or reading) on the alleged false statements, as required by the Court's prior order;

WHEREAS, on December 21, 2018, Defendants filed a reply brief and requested to cancel the oral argument scheduled for January 11, 2019, at 9:00 a.m. in Courtroom 7C, St. Paul, Minnesota (*see* ECF No. 336), as plaintiff did not contest the issue of reliance;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, as follows:

1. Subject to Court approval, the motion hearing on Defendants' motion for summary judgment, currently scheduled for January 11, 2019 should be adjourned *sine*

*die*, and the motion shall be decided on the parties' written submissions;

2. In the alternative, if the Court wishes for oral argument to proceed, the parties respectfully request that such oral argument occur by telephone.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED: January 7, 2018

| | |
|---|---|
| ROBBINS GELLER RUDMAN & DOWD LLP<br><br>By: */s/ Daniel J. Pfefferbaum*<br>   Shawn A. Williams<br>   Aelish M. Baig<br>   Daniel J. Pfefferbaum<br>   Kenneth J. Black<br>   Post Montgomery Center<br>   One Montgomery Street, Suite 1800<br>   San Francisco, CA 94104<br>   Telephone: 415/288-4545<br>   415/288-4534 (fax)<br><br>*Lead Counsel for Plaintiffs*<br><br>HALUNEN & ASSOCIATES<br>   Clayton D. Halunen, No. 0219721<br>   Melissa W. Wolchansky, No. 387900<br>   1650 IDS Center<br>   80 South Eighth Street<br>   Minneapolis, MN 55402<br>   Telephone: 612/605-4098<br>   612/605-4099 (fax)<br><br>*Liaison Counsel* | SIMPSON THACHER & BARTLETT LLP<br>By: */s/ Joseph M. McLaughlin*<br>   Joseph M. McLaughlin<br>   George S. Wang<br>   Daniel J. Stujenske<br>   425 Lexington Avenue<br>   New York, NY 10017-3954<br>   Telephone: (212) 455-2000<br>   Facsimile: (212) 455-2502<br><br>ROBINS KAPLAN LLP<br>   Eric J. Magnuson<br>   2800 LaSalle Plaza<br>   800 LaSalle Avenue<br>   Minneapolis, MN 55402-2015<br>   Telephone: (612) 349-8500<br>   Facsimile: (612) 339-4181<br><br>*Counsel for Defendants* |

2