## UNITED STATES DISTRICT COURT
### District of Minnesota

**JUDGMENT IN A CIVIL CASE**

IBEW Local 98 Pension Fund,
Marion Haynes, Rene LeBlanc,

Plaintiff(s),

v.  Case Number: 11-cv-429 DWF/HB

Best Buy Co., Inc., Brian J Dunn,
Jim Muehlbauer, Mike Vitelli

Defendant(s).

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendants' Motion for Summary Judgment (Doc. No. [329]) is GRANTED and Plaintiffs' claims are DISMISSED WITH PREJUDICE.

Date: 3/13/2019                         KATE M. FOGARTY, CLERK

                                                s/*K. Krulas*
                                         (By) K. Krulas, Deputy Clerk